IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**  **PLAINTIFF**
**ADC #136346**

v.  Case No: 4:25-cv-00036-LPR

**ADAM CLARK, et al.**  **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 71) and the Plaintiff's Objections (Doc. 72).[1]  After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 62) is GRANTED.  Plaintiff's claims are hereby DISMISSED without prejudice based on his failure to fully exhaust his administrative remedies.  The Clerk is instructed to close this case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court has also reviewed all documents Plaintiff submitted after filing his Objections.  To the extent any of these filings could be construed as lodging objections to the RD, they have been considered as such.

[2] There is one small exception.  On page 6 of the RD, there is a reference to the Warden receiving Mr. Robertson's grievance "appeal."  Instead, the Court notes that the Warden received Mr. Robertson's Step Two grievance on January 23, 2025, and responded to the grievance on January 27, 2025.  This small correction does not alter the propriety of the RD.